**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
ENTERED

JAN 2 2 2015

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CR. NO. **B-14-876-2** |
| V. | § | |
| | § | |
| **JOHN FREDERICK FOERSTER** | § | |

### ORDER

 **It is hereby ORDERED**, pursuant to 18 U.S.C. 4241 and 18 U.S.C. 4247(b), that the Defendant **John Frederick Foerster,** U.S.M.S. #76636-379, undergo a psychiatric evaluation by Dr. John Pinkerton, PhD, Psychologist, at the Willacy County Detention Center, 1601 Buffalo Drive, Raymondville, Texas, (956) 689-5099. Dr. Pinkerton will be going to the jail to evaluate defendant. The evaluation is at the request of defense counsel.  A request for payment shall be made under the CJA requirements.

 **It is further ORDERED** that Dr. Pinkerton's examination will include all necessary psychological tests and evaluations in order that Dr. Pinkerton may reach a conclusion regarding whether the Defendant is competent.

 **It is further ORDERED** that Dr. Pinkerton shall prepare a report and shall provide a copy thereof to the United States Magistrate Judge **Ronald G. Morgan,** 600 E. Harrison Street, #204, Brownsville, Texas, 78520, with copies to Defendant's Attorney, Ed Stapleton, 2401 Wildflower Dr. Ste C, Brownsville, Texas  78526, and to the attorney for the government,  William F. Hagen, Assistant United States Attorney, 600 E. Harrison Street, #201, Brownsville, Texas, 78520, within fifteen(15) days of the examination.


 SO ORDERED on this the 22nd day of January, 2015.


Ronald G. Morgan,
U.S. Magistrate Judge